|  |  |
|---|---|
|  | TYPE OF HEARING: __R5__ |
|  | CASE NUMBER: __1:25-mj-373__ |
|  | MAGISTRATE JUDGE: __Ivan D. Davis__ |
|  | DATE: __6/16/2025__ |
|  | TIME: __2:08 - 2:15 p.m.__ |
| EASTERN DISTRICT OF VIRGINIA | DEPUTY CLERK: __Laura Guerra__ |

UNITED STATES OF AMERICA

VS.

__Peter Andrew Stinson__

Govt Counsel: Nathasa Smalky

Deft Counsel: w/o counsel

Duty AFPD: Todd Richman

Interpreter:

Deft informed of rights, charges, and penalties (x)
Deft informed of rights, and violations (  )
Court to appoint counsel:(x) FPD (x) CJA (  ) Conflict List (  )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny (x)

Gov't is seeking detention - GRANTED.
Deft remanded pending PH/DH.

**NEXT COURT APPEARANCE:**

**6/18/2025 2:00 PH/DH**

**JUDGE: IDD**