# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:25-mj-373 |
| v. ) | |
| ) | |
| PETER ANDREW STINSON, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION BY BRITTANY DAVIDSON, ESQ.

1. I hereby make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746. I serve as counsel for Peter Andrew Stinson in Case No. 1:25-mj-373 currently pending in the Eastern District of Virginia.

2. On June 18, 2025, I telephoned Mr. Stinson's father, Richard Stinson, who resides at a retirement home.

3. Mr. Stinson stated that he possesses a .22 caliber rifle that is capable of shooting ordinary bullets (short, long, long-rifle), but that it also can shoot "bb caps," very small cartridges which are useful for pest control. He said his rifle was stored at his son's home.

4. On information and belief, this rifle was seized by law enforcement agents during their search of Mr. Stinson's residence, and there are no other firearms of any kind at the residence.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 18, 2025.

_____
Brittany Davidson, Esq.