IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No 1:25-mj-373 |
| ) | |
| PETER ANDREW STINSON, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**SUPPLEMENTAL DECLARATION BY BRITTANY DAVIDSON, ESQ.**

1. I hereby make the following supplemental declaration under penalty of perjury pursuant to 28 U.S.C. § 1746. I serve as counsel for Peter Andrew Stinson in Case No. 1:25-mj-373, which is currently pending in the Eastern District of Virginia.

2. After further information provided by government counsel, I called Mr. Stinson's son, Elliott Stinson, to locate the two BB guns at Mr. Stinson's residence – one on top of a bookshelf in the dining room (which resembled a rife) and the other in the garage. Elliott Stinson confirmed that he located the two BB guns, removed them from the residence, and they are now residing with his grandfather, Richard Stinson, at his retirement community. Richard Stinson confirmed that the one BB gun that was on top of a bookshelf was the .22 caliber rifle that he previously referred to in the initial declaration (Dkt. No. 17 at ¶ 3). He further confirmed that he was mistaken, and that this was in fact a BB gun and not a rifle.

3. Accordingly, upon further information and belief, there are no other BB guns or firearms of any kind at Mr. Stinson's residence.

1

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 18, 2025.

                                                    *Brittany Davidson*
                                                  Brittany M. Davidson, Esq.